UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GASKINS THOMAS, JR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C17-661 RSM<br><br>ORDER RE: COMPLAINT |

This matter comes before the Court *sua sponte*. On April 28, 2017, Plaintiff Gaskins Thomas, Jr. filed this action requesting to proceed *in forma pauperis*. Dkt. #1. An examination of the attached Complaint, Dkt. #1-2, reveals that Plaintiff's claims are identical or nearly identical to an earlier Complaint filed by Plaintiff on April 19, 2017, in case number C17-617-BAT. Plaintiff references this earlier filing in his IFP application, and includes the phrase "Amended Complaint" in his attached Complaint. *See* Dkts. #1; #1-2.

Accordingly, the Court deems Plaintiff's Complaint in this matter an Amended Complaint in Plaintiff's prior matter with case number C17-617-BAT and DIRECTS the Clerk to file it in that matter as an Amended Complaint. The Court further DIRECTS the Clerk to close this case.

Dated this 5th day of May 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: COMPLAINT - 1